## Re: Initial Filing – Civil Complaint under the Fair Credit Reporting Act (FCRA)

Dear Clerk,

Please find enclosed the initial filing documents for my civil lawsuit as a **pro se plaintiff** against Experian Information Solutions, Inc., pursuant to the **Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.).**

I respectfully submit the following documents for filing:

1. Civil Cover Sheet (JS-44)
2. Complaint/Petition
3. Pauper's Affidavit (Motion to Proceed In Forma Pauperis)
4. Motion for Leave to File Electronically (with Proposed Order)
5. Summons Form (AO 440) – for issuance by the Clerk
6. This Cover Letter

Please issue the summons for service, assign a civil action number, and file the IFP and motion to allow CM/ECF access. I would appreciate a file-stamped copy for my records.

Thank you for your assistance.

Sincerely,
**/s/ Tremaine Manley**
Pro Se Plaintiff