UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 14 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| TREMAINE MANLEY <br> Plaintiff <br><br> Vs <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br> Defendant | § § § § § § § § § § § |

Civil Action No. 4:25-cv-01810

# PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO COMPEL

Plaintiff Tremaine Manley respectfully submits this reply to Defendant Experian Information Solutions, Inc.'s Opposition (Doc. 23) to Plaintiff's Motion to Compel (Doc. 19).

1. Experian's opposition confirms that it did **not** produce its discovery until **after** Plaintiff filed the motion and after entry of the protective order. This sequence demonstrates the motion was necessary to secure compliance.

2. Although Experian has now produced partial discovery, its production remains **incomplete**. Experian continues to withhold policy and procedure manuals, training materials, and metadata relating to its § 1681e(b) and § 1681i obligations, citing "trade-secret" objections. The protective order already resolves any confidentiality concerns.

3. Experian's August 25 responses to interrogatories are also deficient: they omit the names and titles of the employees who handled Plaintiff's disputes and fail to describe the actual steps of the reinvestigations.

4. Plaintiff's July 17 deficiency notice and subsequent email exchange satisfy the meet-and-confer requirement of Local Rule 7.1(d). Further efforts would have been futile in light of Experian's stated refusal to produce its internal procedures.

**WHEREFORE**, Plaintiff requests that the Court:

(a) grant the Motion to Compel in part;
(b) order Experian to supplement its interrogatory responses and produce withheld documents subject to the protective order; and
(c) award any further relief deemed just.

Respectfully submitted,

/s/ Tremaine Manley__
Tremaine Manley, Pro Se Plaintiff
3019 Poe Rd, Houston TX 77051
(832) 348-0649 proselegalteamlawsuit@gmail.com
Date: October 10, 2025

## CERTIFICATE OF SERVICE

I certify that on October 10, 2025, I served the foregoing **Plaintiff's Reply to Defendant's Opposition to Motion to Compel** by electronic mail to:

Steven R. Zahn
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454
Email: Steve.Zahn@troutman.com
Counsel for Defendant Experian Information Solutions, Inc.

**/s/ Tremaine Manley**