United States District Court
Southern District of Texas
**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TREMAINE MANLEY, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. H-25-1810 |
| | § |
| EXPERIAN INFORMATION | § |
| SOLUTIONS, INC., | § |
| | § |
| | § |
| Defendants. | § |

## ORDER

Pending before the Court is Plaintiff's Motion to Serve Third-Party Subpoenas on Clarity Services, Inc. and LexisNexis Risk Solutions (Document No. 26). The Court construes all *pro se* filings liberally. *See Erickson v. Paradus*, 551 U.S. 89, 94 (2007). Having considered the motion, submissions, and applicable law, the Court finds that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion to Serve Third-Party Subpoenas on Clarity Services, Inc. and LexisNexis Risk Solutions (Document No. 26) is **DENIED**.

SIGNED at Houston, Texas, on this **23** day of October, 2025.

DAVID HITTNER
United States District Judge