

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

NOV 0 3 2025

Nathan Ochsner, Clerk of Court

TREMAINE MANLEY
Plaintiff

Vs

EXPERIAN INFORMATION SOLUTIONS,
INC.,
Defendant

Civil Action No. 4:25-cv-01810

# PLAINTIFF'S NOTICE OF DOCKET IRREGULARITY REGARDING PRIOR ORDER ON MOTION TO COMPEL

Plaintiff **Tremaine Manley**, appearing pro se, respectfully submits this Notice to preserve the record and request clarification concerning a potential docketing irregularity.

1. Between approximately **September 25, 2025** and **September 30, 2025**, Plaintiff viewed on the Court's PACER docket an entry reflecting that Plaintiff's Motion to Compel (ECF 19) was **"denied in part and granted in part."**

2. As of **October 28, 2025**, that entry no longer appears on the public docket between ECF 18 (entered September 11, 2025) and ECF 19 (filed October 6, 2025).

3. Plaintiff contacted the Clerk's Office on October 27, 2025 and was informed that "nothing has changed," which conflicts with Plaintiff's recollection of reviewing that docket entry.

4. Plaintiff respectfully requests that the Court or Clerk confirm whether the prior entry was: (a) sealed;
   (b) vacated or corrected;
   (c) superseded by the October 14, 2025 Order (ECF 25); or
   (d) removed through routine docket maintenance.

5. Plaintiff files this Notice for the sole purpose of preserving a clear and accurate record pursuant to **Fed. R. Civ. P. 79(a)** (requiring the Clerk to maintain an accurate docket), and to ensure transparency in the docket history.*

*Plaintiff respectfully notes that this Notice does not seek relief, modification, or reconsideration of any order, and is filed solely to preserve the integrity of the record for future review. Plaintiff does **not** seek relief, sanctions, or reconsideration.

Respectfully submitted,

/s/ **Tremaine Manley**
**Tremaine Manley, Pro Se**
3019 Poe Road
Houston, Texas 77051
Phone: (832) 348-0649
Email: [Your Email]
Date: October 28, 2025

### CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, a true and correct copy of the foregoing Notice was served by email on the Clerk of Court for the Southern District of Texas, Houston Division, for docketing and filing, and on counsel for Defendant at:

Steve.zahn@troutman.com

/s/ **Tremaine Manley**