United States District Court
Southern District of Texas
**ENTERED**
November 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TREMAINE MANLEY, §
*Plaintiff,* §
§
v. § Case No. 4:25-cv-1810
§
EXPERIAN INFORMATION §
SOLUTIONS, INC., §
*Defendant.* §

## ORDER

Pending before the Court is *pro se* Plaintiff's motion to compel Defendant to respond to Plaintiff's discovery requests. ECF No. 30.[1] By November 17, 2025, Defendant is **ORDERED** to: (1) respond to Plaintiff's discovery requests and notify the Court; or (2) respond to the pending motion, including an explanation of why it does not have to respond to Plaintiff's discovery.

**IT IS SO ORDERED.**

Signed at Houston, Texas, on November 10, 2025.

_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**

---

[1] The district judge to whom this case is assigned referred this motion to this Court for disposition. Order, ECF No. 31.